# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-7080** **September Term, 2025**

FILED ON: AUGUST 21, 2026

DEMOCRACY PARTNERS, LLC, ET AL.,
APPELLEES

v.

JAMES O'KEEFE AND ALLISON MAASS,
APPELLANTS

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:17-cv-01047)

---

Before: HENDERSON and WILKINS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: August 21, 2026

Opinion for the court filed by Circuit Judge Henderson.
Opinion concurring in part and dissenting in part filed by Circuit Judge Wilkins.